In re:  
Durland L Mosher, II  
Joann M Mosher  
    Debtors

Case No. 21-01249-MJC  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0314-4     User: AutoDocke     Page 1 of 3  
Date Rcvd: Sep 15, 2021     Form ID: 318     Total Noticed: 38

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 17, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Durland L Mosher, II, Joann M Mosher, 603 Church Street, Athens, PA 18810-1805 |
| cr | + | Harley-Davidson Credit Corp., 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |
| 5413536 | + | Control Tech USA, LTD, c/o Landy and Rosetti, 228 Desmond Street, Sayre, PA 18840-2004 |
| 5413538 | + | Credit One Bank, c/o LVNV Funding LLC/Resurgent Cap., P.O. Box 1259, Greenville, SC 29602 |
| 5413539 | + | Dedicated Commerical Recovery Inc., 1970 oak Crest Avenue, Suite 217, Saint Paul, MN 55113-2624 |
| 5413544 | | First Premier Bank, 3802 N. Louise Ave., Sioux Falls, SD 57107 |
| 5413546 | + | First Savings Credit Card, 1500 S. Highline Ave., Sioux Falls, SD 57110-1003 |
| 5413547 | + | Guthrie FCU, 104 N. Elmer Avenue, Sayre, PA 18840-2209 |
| 5413548 | + | Guthrie Federal Credit Union, 104 N. Elmer Avenue, Sayre, PA 18840-2209 |
| 5413555 | + | Nissan Infinitti, P.O. Box 660366, Dallas, TX 75266-0366 |
| 5413556 | | Quick Bridge, c/o Pedicated Grest Ave., Suite 201, Saint Paul, MN 55112 |
| 5413565 | + | Wendy Sue Mosher, 89 Canwright Lane, Canton, PA 17724-1428 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: eslbankruptcynotifications@esl.org | Sep 15 2021 18:42:00 | ESL Federal Credit Union, Atn: Bankrupty Dept, 225 Chestnut Street, Rochester, NY 14485 |
| cr | + | EDI: RECOVERYCORP.COM | Sep 15 2021 22:43:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5413532 | + | EDI: PHINGENESIS | Sep 15 2021 22:43:00 | CB Indigo, P.O. Box 4499, Beaverton, OR 97076-4499 |
| 5413529 | + | EDI: CAPITALONE.COM | Sep 15 2021 22:43:00 | Capital One Bank, P.O. Box 31293, Salt Lake City, UT 84131-0293 |
| 5413528 | + | EDI: MID8.COM | Sep 15 2021 22:43:00 | Capital one, c/o Midland Credit Management, 320 East Big Beaver Suite 300, Troy, MI 48083-1271 |
| 5413533 | + | EDI: CMIGROUP.COM | Sep 15 2021 22:43:00 | Charter Communication, c/o Credit Managmenet LP, 6080 Tennyson Parkway, Suite 100, Plano, TX 75024-6002 |
| 5413534 | + | EDI: CITICORP.COM | Sep 15 2021 22:43:00 | Citi Card, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |
| 5413535 | + | EDI: CITICORP.COM | Sep 15 2021 22:43:00 | Citi Cards, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |
| 5413537 | + | EDI: MID8.COM | Sep 15 2021 22:43:00 | Credit One Bank, c/o Midland Credit Management, 320 East Big Beaver, Suite 300, Troy, MI 48083-1271 |
| 5413540 | | EDI: DISCOVER.COM | Sep 15 2021 22:43:00 | Discover, P.O. Box 15316, Wilmington, DE 19850-5316 |

| Recip ID | | Method | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| 5413542 | | Email/Text: eslbankruptcynotifications@esl.org | Sep 15 2021 18:42:00 | ESL Federal Credit Union, 225 Chestnut Street, Rochester, NY 14604 |
| 5413545 | + | EDI: AMINFOFP.COM | Sep 15 2021 22:43:00 | First Premier Bank, 3820 N. Louise Avenue, Sioux Falls, SD 57107-0145 |
| 5413549 | + | Email/Text: bankruptcy.notices@hdfsi.com | Sep 15 2021 18:42:00 | Harley Davidson, 3850 Arrowhead Drive, Carson City, NV 89706-2016 |
| 5413543 | | EDI: JEFFERSONCAP.COM | Sep 15 2021 22:43:00 | Fingerhut, c/o Jefferson Capital System, 16 McLeland Road, Saint Cloud, MN 56303 |
| 5413550 | | EDI: JEFFERSONCAP.COM | Sep 15 2021 22:43:00 | Jefferson Capital, 16 Mcleland Road, Saint Cloud, MN 56303 |
| 5413551 | + | EDI: JPMORGANCHASE | Sep 15 2021 22:43:00 | JPM CP Card Services, P.O. Box 15369, Wilmington, DE 19850-5369 |
| 5413552 | + | Email/Text: PBNCNotifications@peritusservices.com | Sep 15 2021 18:42:00 | Kohls, P.O. Box 3115, Milwaukee, WI 53201-3115 |
| 5413553 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 15 2021 18:46:27 | Merrick Bank, P.O. Box 9201, Old Bethpage, NY 11804-9001 |
| 5413557 | + | Email/Text: bankruptcyteam@quickenloans.com | Sep 15 2021 18:42:00 | Quicken Loans, 1050 Woodward Ave., Detroit, MI 48226-3573 |
| 5413558 | + | EDI: RMSC.COM | Sep 15 2021 22:43:00 | SYNCB/Walmart, P.O. Box 965024, Orlando, FL 32896-5024 |
| 5413569 | + | EDI: RMSC.COM | Sep 15 2021 22:43:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5413559 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Sep 15 2021 18:42:00 | TBom/Aspire, P.O. Box 105555 SU 1340, Atlanta, GA 30348-5555 |
| 5413560 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Sep 15 2021 18:42:00 | TBom/Fortiva, P.O. Box 105555, Atlanta, GA 30348-5555 |
| 5413561 | + | EDI: PHINGENESIS | Sep 15 2021 22:43:00 | The Bank of Missouri/Milstone, P.O. Box 4499, Beaverton, OR 97076-4499 |
| 5413563 | + | EDI: CAPITALONE.COM | Sep 15 2021 22:43:00 | Walmart, Capital One Bank, P.O. Box 31293, Salt Lake City, UT 84131-0293 |
| 5413564 | + | EDI: BLUESTEM | Sep 15 2021 22:43:00 | Webbank/Fingerhut, 6250 Ridewood Road, Saint Cloud, MN 56303-0820 |

TOTAL: 26

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 5413562 | | U.S. Department of Treasury |
| 5413530 | *+ | Capital One Bank, P.O. Box 31293, Salt Lake City, UT 84131-0293 |
| 5413531 | *+ | Capital One Bank, P.O. Box 31293, Salt Lake City, UT 84131-0293 |
| 5413541 | *P++ | DISCOVER FINANCIAL SERVICES LLC, PO BOX 3025, NEW ALBANY OH 43054-3025, address filed with court:, Discover, P.O. Box 15316, Wilmington, DE 19850 |
| 5413554 | *+ | Merrick Bank, P.O. Box 9201, Old Bethpage, NY 11804-9001 |

TOTAL: 1 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 17, 2021          Signature:     /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 15, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Arthur David Agnellino | on behalf of Debtor 1 Durland L Mosher II attorneys@theaalawfirm.com |
| Arthur David Agnellino | on behalf of Debtor 2 Joann M Mosher attorneys@theaalawfirm.com |
| Lawrence G. Frank (Trustee) | lawrencegfrank@gmail.com PA39@ecfcbis.com |
| Rebecca Ann Solarz | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans, Inc. bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Durland L Mosher II<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–8698<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Joann M Mosher<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–9188<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   Middle District of Pennsylvania | | |
| Case number:   4:21–bk–01249–MJC | | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Durland L Mosher II
dba Mosher Towing, LLC

Joann M Mosher

**By the court:**

9/15/21

Honorable Mark J. Conway
United States Bankruptcy Judge
By: JoanGoodling, Deputy Clerk

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**